Stephen M. Lobbin, Esq.
sml@smlavvocati.com
**SML AVVOCATI P.C.**
969 Hilgard Avenue #1012
Los Angeles, California 90024
949-636-1391

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGRATED TECHNOLOGY SOLUTIONS LLC, | |
| Plaintiff, | Case No. 2:21-cv-07599 |
| vs. | DEMAND FOR JURY TRIAL |
| 505 GAMES (U.S.), INC., | |
| Defendant. | |

## ORIGINAL COMPLAINT

Pursuant to F.R.C.P. 15(a)(1)(B), Plaintiff INTEGRATED TECHNOLOGY SOLUTIONS, LLC ("Plaintiff" or "ITS") files this Original Complaint against 505 Games (U.S.), Inc. ("Defendant" or "505 GAMES") for infringement of United States Patent No. 10,046,241 (hereinafter "the '241 Patent").

### PARTIES AND JURISDICTION

1. This is an action for patent infringement under Title 35 of the United States Code. Plaintiff is seeking injunctive relief as well as damages.

2. Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331

(Federal Question) and 1338(a) (Patents) because this is a civil action for patent infringement arising under the United States patent statutes, 35 U.S.C. §§ 271, *et seq*.

3. Plaintiff is a Wyoming limited liability company having an address of 1712 Pioneer Ave Ste 500 Cheyenne, WY 82001.

4. On information and belief, Defendant is a California corporation company having a principal place of business at 5145 Douglas Fir Road, Calabasas CA 91302. On information and belief, Defendant may be served through its legal department at the same address or by its registered agent, Raphael Katri, 8549 Wilshire Blvd., STE. 200, Beverly Hills CA 90211.

5. On information and belief, this Court has personal jurisdiction over Defendant because Defendant has committed, and continues to commit, acts of infringement in this District, has conducted business in this District, and/or has engaged in continuous and systematic activities in this District.

6. On information and belief, Defendant's instrumentalities that are alleged herein to infringe were and continue to be used, imported, offered for sale, and/or sold in this District.

## VENUE

7. Venue is proper in this District 28 U.S.C. §1400(b) because Defendant is deemed to reside in this District. Alternatively, acts of infringement are occurring in this District and Defendant has a regular and established place of business in this District.

## BACKGROUND

8. Plaintiff incorporates paragraphs 1 through 7 herein by reference.

**The Patent:**

9. Plaintiff is the owner by assignment of the '241 Patent with sole rights to enforce the '241 Patent and sue infringers.

10. A copy of the '241 Patent, titled "Output Production," is attached hereto as Exhibit A.

11. The '241 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

12. The invention is directed to a system whereby an analysis component of the system analyzes a data set to produce a production component which is then used to render output in a stored computer-readable medium.

13. The invention may be manifested as an in-game modifier for racetrack videogames whereby evaluations of simulated environmental conditions change the performance of the track during game play.

**Advantage Over the Prior Art:**

14. The patented invention disclosed in the '241 patent provides many advantages over the prior art and may be utilized to provide a gaming race simulation whereby a simulated track and interactions therewith are modified based in part upon prior player activity.

15. Another advantage disclosed in the '241 patent is that the gaming race simulation modifies the simulated track and interactions therewith based in part upon simulated environmental factors.

16. Yet another advantage disclosed in the '241 patent is that the gaming race simulation may utilize simulated environmental factors to effect modifications based upon prior player activity.

17. Because of at least the above-described significant advantages that can be achieved through the use of the patented invention, Plaintiff believes that the '241 patent presents commercial value for entities such as Defendant.

**Technological Innovation:**

18. The patented invention disclosed in the and '241 patent resolves technical problems related to computerized gaming simulations, particularly in

systems providing a more realistic simulation. As the '241 patent explains, it was known in the art how one may typically play a simulation video game. ('241 patent at 1:12-19). Typically, a user would utilize a game controller to input various decisions and movement vectors into a game console which would then render the received directions and create an output display. The user could then compete in different scenarios and simulations, often against other players.

19. Although these prior games were useful in providing entertainment and friendly competition to the users, the services were typically limited in what actions of a player could cause changes could occur in the game. While simulations have become more and more realistic over time, there was still a particular limit in the level of detail in which changes could be calculated and implemented with a game environment. As such, there a continued need for a gaming system or method to allow the user to experience a more realistic simulation.

20. The invention described in the '241 patent offers an improved method for outputting game modifications within a simulation. ('241 patent at 1:23-36). The patented invention improved upon earlier services and methods of the prior art by providing a system, at least being partially hardware, having an identification component for a game play area, a check component to determine the effect of a player action, and a modification component to alter game play area for later use during the simulation. In particular, the patented invention describes the invention in the context of an automotive racing simulation whereby the identifying component identifies discrete sections of track, the check component determines effects players actions may have on the discrete sections of track, and the modification component changes the performance parameters of that discrete track section, usually by placing a tire remnant on the discrete track section.

21. The invention described in the '241 patent further offers yet another

improved method for outputting game modifications within a simulation. ('241 patent at 1:60 – 2:3). The still further improved embodiment of the invention also includes a temperature identifying component whereby the changes in the temperatures of each discrete track section are utilized to modify game performance based upon the temperature of each discrete track section.  Of particular note is the change in temperatures of different track sections may alter the determination component and will cause different results in the check component and the modification component.

22. The claims of the '241 patent do not merely recite the performance of some business practice known from the pre-Internet world along with the requirement to perform it on the Internet. Instead, the claims of the '241 patent recite one or more inventive concepts that are rooted in computerized gaming simulations and overcome problems specifically arising in the realm of these technologies.

23. The claims of the '241 patent recite an invention that is not merely the routine or conventional use of computerized navigation technology. Instead, the invention makes it possible to interact with a gaming simulation in a way that allows a user's actions, coupled with the simulated environment to alter the simulation itself. The claims of the '241 patent thus specify how input, output, and system devices are manipulated to yield a unique gaming simulation experience based on the actions of the user.

24. The technology claimed in the '241 patent does not preempt all ways of using gaming simulation technology, nor preempt the use of any well-known gaming simulation technology, nor preempt any other well-known or prior art technology.

25. The claims of the '241 patent are not directed to any "method of organizing human activity," "fundamental economic practice long prevalent in our

system of commerce," nor are any of the claims "a building block of the modern economy."

26. The claims of the '241 patent are directed toward a solution rooted in computer technology and uses technology, unique to computers and networks, to overcome a problem specifically arising in the realm of gaming simulations.

27. The claims of the '241 patent are not directed at a mere mathematical relationship or formula.

28. The claims of the '241 patent cannot be performed by a human, in the human mind, or by pen and paper.

29. Accordingly, each claim of the '241 patent recites a combination of elements sufficient to ensure that the claim in practice amounts to significantly more than a patent on an ineligible concept.

## COUNT I

## (INFRINGEMENT OF UNITED STATES PATENT NO. 10,046,241)

30. Plaintiff incorporates paragraphs 1 through 30 herein by reference.

31. Upon information and belief, Defendant has infringed and continues to infringe one or more claims, including at least Claim 15, of the '241 Patent by making, using, importing, selling, and/or offers for sale simulation software for the purpose of competitive racing covered by one or more claims of the '241 Patent. Defendant has infringed and continues to infringe the '241 Patent violation of 35 U.S.C. § 271, either directly, indirectly and/or by inducement.

32. Defendant sells, offers to sell, and/or uses at least one simulation software product for the purpose of competitive racing including, without limitation, a temperature sensitive subroutine which modifies behavior of the simulation, any associated hardware and software, and any similar products (collectively, "Product"), which infringe at least Claim 15 of the '241 Patent.

33. The Product provides a system that is at least partially hardware.

Certain aspects of this element are illustrated in the screenshot below and/or those provided in connection with other allegations herein.

> 505 Games, a subsidiary of the entertainment company Digital Bros (listed on the Italian stock exchange), is a global video game publisher focused on offering a broad selection of titles for players of all ages and skill levels. The company publishes and distributes retail and digital premium and free-to-play games on leading consoles for Sony, Microsoft, Nintendo, PC (Steam, Epic and GoG) and handheld platforms including mobile devices and social networks.

Source: https://505games.com/about/

> **How does multiplayer work in Assetto Corsa Competizione?**
> Online multiplayer can be selected via the main menu. From here, users can select their Team, join Public Multiplayer via Quick Join or join a Competition Server.
>
> Team – Users can sleect any available car and customise.
> Quick Join – Users can quick join one of the available multiplayer servers.
> Competition Server – To register in a Competition server, the user needs to fall under the mentioned requirements in the rating system. Once a user is eligible, they can register to the Competition Server and wait until the event starts.

Source: https://505games.com/assetto-corsa-competizione-console-community-faq-guide/

> **How do Special Events work in Assetto Corsa Competizione?**
> At launch, players will be presented with a set of Special Events, which will run until September. Following these events, PC and console players can expect monthly Special Events. Stay tuned for more info.

Source: https://505games.com/assetto-corsa-competizione-console-community-faq-guide/

34. The Product includes an identification component to identify a change in a temperature of a racing surface in a racing video game. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.



Source: https://www.youtube.com/watch?v=3L9THuJx6qg&t=696s

/

/

/

/



Source: https://www.youtube.com/watch?v=3L9THuJx6qg&t=696s

/

/

/

/

/

/

PLAINTIFF'S COMPLAINT AGAINST DEFENDANT 505 GAMES (U.S.), INC.                    PAGE | 9



Source: https://www.youtube.com/watch?v=3L9THuJx6qg&t=696s

35. The Product uses a determination component configured to determine an impact of the change in the temperature of the racing surface. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.



Source:https://www.eurogamer.net/articles/2019-06-17-assetto-corsa-competizione-review

/

/

/

/

/

/

/

/



Source: https://www.youtube.com/watch?v=3L9THuJx6qg&t=696s

/

/

/

/



Source: https://www.youtube.com/watch?v=AE2ot0nDFak

/

/

/

/

/



Source: https://www.youtube.com/watch?v=3L9THuJx6qg&t=696s



Source: https://www.youtube.com/watch?v=3L9THuJx6qg&t=696s

36. The Product comprises a modification component configured to make an alteration to the racing surface in accordance with the impact of the change in the temperature. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.



Source: https://www.youtube.com/watch?v=AE2ot0nDFak

/

/

/

/

/

/

/



Source: https://www.youtube.com/watch?v=AE2ot0nDFak



Source: https://www.youtube.com/watch?v=3L9THuJx6qg&t=696s



Source: https://www.youtube.com/watch?v=AE2ot0nDFak

> Right. That's the thing optional, because I feel like what they were maybe going for was trying to make it as realistic as possible. I'm taking that a bit too far. So, in real life, you don't really ever know exactly what the conditions are. You don't really know exactly what the track is going to be like from day to day. And, it comes back a bit to the attention to detail thing, but the, every time that the air temperature change, the track temperature changes, you need to change your setup every time the wind changes, you need to change your setup. And as a, there's no indication as to how to do that. Unless you were to sit down with an engineer and practice everything, all the different scenarios and learn what each change actually does. Now, obviously that's phenomenal because what it also means is when you're practicing for an online race, you never really know anyone's true pace because the conditions are always different.

Source:https://traxion.gg/why-assetto-corsa-competizione-is-so-popular-the-traxion-gg-podcast-season-2-episode-4/

37. The alteration of the Product influences performance of a vehicle in the racing video game. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

/

/



Source: https://www.youtube.com/watch?v=3L9THuJx6qg&t=696s

### TIRE PRESSURES

A lot of things influence tire pressures, track temperatures being the main thing. This temperature varies wildly per server, so you have to change the tire pressures accordingly if you don't want to overheat your tires. Go out for a few (3 advised) laps and see what the pressures turn out to be. You should aim for ~27.7 PSI. Anything within 27-28 PSI is good, but ideally, you want to be as close to 28 without going over to maximise performance. Tire pressures are a vital part of understanding how tire pressures influence your performance.

Source: https://www.youtube.com/watch?v=yCUe

Yeah. Absolutely. It's the detailing of the advanced physics, that make things like, as you say, that you mentioned the tyre model there. I think I've never seen a tyre model that when you go out on circuit to set up a car, you really need to think about everything from all of the pressures and temperatures, the track temp, the air temp, the, all of these things, the wind can affect the way the tyres behave. You have your optimum tyre pressure window. You need to find if you want to be really on the edge of speed. I mean, okay, this is not things that every gamer will of course think about too much. A lot of people will shove it on the default aggressive setup and away you go, when you start taking it seriously, you can, you can really turn this into a properly serious sim, with engineers looking at, okay, well, we increase the, the tyre pressures by 0.2 PSI every time the track drops by three degrees, like that, that's definitely something that happens. And I'm pretty sure it's everybody does that in a, in a high level sense when you're racing on ACC. And I think that the way that this affects the feeling of the car, the understeer when

Source:https://traxion.gg/why-assetto-corsa-competizione-is-so-popular-the-traxion-gg-podcast-season-2-episode-4/

> ICYMI – As mentioned, Assetto Corsa Competizione is the new official GT World Challenge title, developed by KUNOS Simulazioni and published by the team here at 505 Games. Thanks to the extraordinary quality of simulation, ACC will allow you to experience the real atmosphere of the GT3 homologated championship, competing against official drivers, teams, cars and circuits. Using sophisticated mathematical models, the engine carefully simulate tyre grip, aerodynamic impact, engine parameters, suspensions and electronics systems that determine vehicle balance, as well as the influence of mechanical damage on the car's drivability. Offering photo realistic weather conditions and graphics, night races, motion capture animations, it's a new standard in terms of driving realism and immersion.

Source: https://505games.com/assetto-corsa-competizione-console-gameplay-showcase/

38. Defendant's actions complained of herein will continue unless Defendant is enjoined by this court.

39. Defendant's actions complained of herein are causing irreparable harm and monetary damage to Plaintiff and will continue to do so unless and until Defendant is enjoined and restrained by this Court.

40. Plaintiff is in compliance with 35 U.S.C. § 287.

## DEMAND FOR JURY TRIAL

41. Under Rule 38 of the Federal Rules of Civil Procedure, Plaintiff requests a trial by jury of any issues so triable by right.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff asks the Court to:

(a) Enter judgment for Plaintiff on this Complaint on all causes of action asserted herein;

(b) Enter an Order enjoining Defendant, its agents, officers, servants, employees, attorneys, and all persons in active concert or participation with Defendant who receive notice of the order from further infringement of United States

Patent No. 10,046,241 (or, in the alternative, awarding Plaintiff a running royalty from the time of judgment going forward);

(c) Award Plaintiff damages resulting from Defendant's infringement in accordance with 35 U.S.C. § 284;

(d) Award Plaintiff pre-judgment and post-judgment interest and costs; and

(e) Award Plaintiff such further relief to which the Court finds Plaintiff entitled under law or equity.

Dated: September 10, 2021                Respectfully submitted,

/s/ Stephen M. Lobbin
Attorneys for Plaintiff