Stephen M. Lobbin, Esq.
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
949-636-1391

Attorney for Plaintiff, INTEGRATED TECHNOLOGY SOLUTIONS, LLC.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| INTEGRATED TECHNOLOGY SOLUTIONS, LLC. | |
|---|---|
| Plaintiff, | Case No: 2.21-cv-07599-FLA (MAX) |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| 505 GAMES (U.S.), INC. | |
| Defendant | |

Plaintiff, INTEGRATED TECHNOLOGY SOLUTIONS, LLC. ("Plaintiff" and/or "ITS") files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant 505 GAMES (U.S.), INC. WITHOUT PREJUDICE, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: January 21, 2022.                    Respectfully submitted,

                                            /s/ Stephen M. Lobbin
                                            **ATTORNEY FOR PLAINTIFF**

| 2

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing document was filed electronically on January 23, 2022 and was served via CM/ECF on all counsel who are deemed to have consented to electronic service.

/s/ Stephen M. Lobbin
Stephen M. Lobbin, Esq.
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
949-636-1391